NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


BRIGHT HOUSE NETWORKS, LLC;          )
NATIONAL UNION FIRE INSURANCE        )
COMPANY OF PITTSBURGH, P.A.;         )
and ST. PAUL FIRE & MARINE           )
INSURANCE COMPANY,                   )
                                     )
            Appellants,              )
                                     )
v.                                   )    Case No. 2D17-273
                                     )
JUDY JUANELL HARLOW,                 )
                                     )
            Appellee.                )
_____ )

Opinion filed February 28, 2018.

Appeal from the Circuit Court for
Hillsborough County; Claudia R.
Isom, Judge.

Mark Hicks and Cindy L. Ebenfeld
of Hicks, Porter, Ebenfeld & Stein,
P.A., of Miami and Hollywood, for
Appellants.

Raymond N. Seaford of Law Office of
Raymond N. Seaford, P.A., Tampa,
for Appellee.


PER CURIAM.

            Affirmed.


LaROSE, C.J., and KHOUZAM and ROTHSTEIN-YOUAKIM, JJ., Concur.